DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESUS LOPEZ-SIGALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-00154-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| JESUS LOPEZ-SIGALA ) | Date:  February 21, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison England, Jr. |
| _____ ) | |

     It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and JESUS LOPEZ-SIGALA, by and through his counsel Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 31, 2008, be vacated and rescheduled for status conference on February 21, 2008, at 9:00 a.m.

///
///
///
///

1   This continuance is being requested because of confusion
2 concerning the Pre-Plea Presentence Investigation Report that defense
3 counsel will have to explain to defendant, who speaks only Spanish thus
4 requiring an interpreter, and because of on-going defense investigation
5 and preparation.

6   IT IS FURTHER STIPULATED that the period from January 31, 2008,
7 through and including February 21, 2008, be excluded in computing the
8 time within which trial must commence under the Speedy Trial Act,
9 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
10 continuity and preparation of counsel.

11 Dated: January 30, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JESUS LOPEZ-SIGALA

Dated: January 30, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
KYLE REARDON
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE