```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESUS LOPEZ-SIGALA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-00154-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JESUS LOPEZ-SIGALA | ) | |
| | ) | Date: February 28, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, |
| _____ | ) | Jr. |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and JESUS LOPEZ-SIGALA, by and through his counsel Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for February 21, 2008, be vacated and rescheduled for status conference on February 28, 2008, at 9:00 a.m.

This continuance is being requested because of on-going defense investigation and preparation.

///

///

1      IT IS FURTHER STIPULATED that the period from February 21, 2008,
2 through and including February 28, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.
6 Dated: February 20, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JESUS LOPEZ-SIGALA

13 Dated: February 20, 2008

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    per telephonic authority

                         **O R D E R**

20 IT IS SO ORDERED.

   Dated: February 21, 2008

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order                        2